Yasha Bronshteyn, Esq. SBN: 210248
Edward Babakhani, Esq. SBN: 316524
Ginzburg & Bronshteyn, APC
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
Email: yasha@gbllp-law.com

JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

---

**JOE HAND PROMOTIONS, INC.,**

              Plaintiff,

-against-

**HORMOZ MICHAEL EISAVI, Individually,
and d/b/a O ZONE HOOKAH LOUNGE,**

              Defendant.

Civil Action No.
2:19-CV-04590-WDK (Ex)

---

### ORDER OF DISMISSAL

The above-styled and numbered cause of action having been filed with the Court, and the plaintiffs Notice of Voluntary Dismissal dated October 21, 2019 having been considered, it is, therefore,

**ORDERED** that the above matter, be dismissed and without costs to either party, and with each party to bear its own costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**SO ORDERED** this 25th day of October, 2019

_____
**HON. WILLIAM D. KELLER
SENIOR JUDGE, U.S. DISTRICT COURT**

ORDER